AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | **SEALED** |
| v. | ) | |
| | ) | Case No. 3:24-mj-00255 |
| MARQUISE ZAINE PHILLIP BOISE | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  November 16, 2024  in the county of  Jefferson  in the
 District of  Oregon , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 113(a)(6), 1153 | Assault Resulting in Serious Bodily Injury |
| 18 U.S.C. §§ 2111, 1153 | Robbery |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

/s/ by phone, FBI SA Chad Lapp
*Complainant's signature*

FBI Special Agent, Chad Lapp
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  2:44 p.m. 

Date:  11/19/2024 

*Stacie F. Beckerman*
*Judge's signature*

City and state:  Portland, Oregon     HONORABLE STACIE F. BECKERMAN
*Printed name and title*